MARIAN HARTWELL, as Administratrix of the Estate of HAROLD D. HARTWELL, Deceased, Respondent, v. W. E. NAVIN, as Receiver of the Rutland Railroad Company, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. All concur. [See 268 App. Div. 939.]

EDWIN T. KENLON, Appellant, v. CLEMENT K. CORBIN et al., Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Hill, P. J., Heffernan, Brewster and Lawrence, JJ., concur; Foster, J., taking no part. [See 268 App. Div. 318.]

In the Matter of the Application of IRVING LANZER, Respondent, against FREDERICK A. MORAN et al., Constituting the Board of Parole in the Executive Department of the State of New York, et al., Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. All concur. [See 268 App. Div. 947, 948.]

MARY L. BURKE, Respondent, v. TROY SAVINGS BANK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. All concur. [See 268 App. Div. 1015.]

PETER A. BUHL et al., on Behalf of Themselves and All Other Licensed Podiatrists and Chiropodists in the State of New York, Similarly Situated, Appellants, v. UNIVERSITY OF THE STATE OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. All concur. [See 268 App. Div. 530.]